United States District Court
Southern District of Texas
**ENTERED**
May 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SHAVANNO BOSTON DONAVAUGN COOPER, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:26-CV-521 |
| WARDEN, PORT ISABEL PROCESSING CENTER, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Shavanno Boston Donavaugn Cooper has voluntarily dismissed all claims asserted in this action without prejudice. (Notice, Doc. 5)  The Notice dismisses Petitioner's causes of action without prejudice without court order.

The Clerk of Court is directed to close this matter.

Signed on May 21, 2026.

Fernando Rodriguez, Jr.
United States District Judge